IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MALCOLM JEBB**                                                                    **PLAINTIFF**

**V.**                                            **4:08CV00214**

**DASSAULT FALCON JET CORP.**                                          **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for voluntary dismissal. (Docket # 9). For good cause shown, the motion is granted. Plaintiff's complaint is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 22nd day of January, 2009.

_____
James M. Moody
United States District Judge